The People of the State of New York, Respondent,
against
Desiree Dietz, Appellant.




Suffolk County Legal Aid Society (Alfred J. Cicale, Esq.), for appellant.
District Attorney Suffolk County (Michael J. Brennan, Esq.), for respondent.

Appeal by defendant, as limited by the brief, from a sentence of the District Court of Suffolk County, First District (Gaetan B. Lozito, J.), imposed April 27, 2016, upon defendant's conviction, upon her plea of guilty, of petit larceny.




ORDERED that the appeal is dismissed.
In January 2015, pursuant to a plea agreement, defendant was to be sentenced on her conviction of petit larceny to three years of probation, restitution, and an order of protection so long as, among other things, defendant had no new charges filed against her prior to sentencing. At sentencing in April 2016, it was revealed that, in the interim, defendant had been arrested on felony charges, on which she had been sentenced to a term of imprisonment. The District Court then imposed an enhanced sentence of, among other things, a year of incarceration to run concurrently with her felony sentence. Defendant appeals, as limited by her brief, from the sentence.
Inasmuch as defendant has served the enhanced sentence in full, her contention that the District Court improperly imposed it has been rendered academic (see People v Walker, 127 AD3d 1506 [2015]; People v Nicholson, 31 AD3d 468, 469 [2006]; People v Farmer, 50 Misc [*2]3d 141[A], 2016 NY Slip Op 50199[U], *2 [App Term, 2d Dept, 9th & 10th Jud Dists 2016]; People v Pompi, 31 Misc 3d 145[A], 2011 NY Slip Op 50936[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2011]).
Accordingly, the appeal is dismissed as moot.
Marano, P.J., Iannacci and Garguilo, JJ., concur.
Decision Date: May 23, 2017